IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **DENITA SHAW as natural guardian of "J'L," a minor, and "JJ," a minor,** | ) ) ) |
| **VICTORIA JENKINS as natural guardian of "J'J," a minor,** | ) ) ) |
| **ANTONIA MABRY as natural guardian of "NM-L," a minor, and** | ) ) ) |
| **KATHY LYKES, as personal representative of the ESTATE OF JARVIS LYKES, deceased,** | ) ) ) ) |
| Plaintiffs, | ) CASE NO. 4:19-cv-00204-CDL |
| v. | ) ) |
| **GEORGIA STATE TROOPER MICHAEL B. NOLEN, in his individual capacity,** | ) ) ) ) |
| Defendant, | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the undersigned counsel for all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate that the above-styled action be dismissed *without prejudice* subject to Plaintiffs' right of renewal under O.C.G.A. §9-2-61.

Respectfully submitted this 2nd day of September, 2020.

|  |  |
|---|---|
|  | */s/ Marvin S. Arrington, Jr.*<br>MARVIN S. ARRINGTON, JR.<br>Ga. Bar #023805<br>Attorney for Plaintiffs Lykes, Shaw and Mabry |
| ARRINGTON & PHILLIPS, LLP<br>2200 Fairburn Road, SW<br>Atlanta, Georgia 30331<br>Office: (404) 349-2330<br>Facsimile: (404) 349-2650<br>marvin@arringtonlawfirm.com |  |
|  | */s/ Craig T. Jones*<br>CRAIG T. JONES<br>Ga. Bar No. 399476<br>Attorney for Plaintiffs Lykes, Shaw and Mabry |
| CRAIG T. JONES, P.C.<br>Post Office Box 129<br>Washington, Georgia 30673<br>(706) 678-2364<br>(678) 643-0062 (cell)<br>craigthomasjones@outlook.com |  |
|  | */s/ Nathan A. Horsley*<br>NATHAN A. HORSLEY<br>Ga. Bar No. 367832<br>Attorney for Plaintiff Jenkins |
| HORSLEY LAW CENTER, LLC<br>750 Hammond Dr.<br>Building 12 Suite 300<br>Atlanta, GA 30328<br>(770) 765-5559<br>nhorsley@gacivilrights.com |  |
|  | */s/ William Peters*<br>WILLIAM PETERS<br>Ga. Bar No. 515342<br>Assistant Attorney General<br>Attorney for Defendant Nolan |

Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 656-6710
Facsimile:  (404) 651-5304
wpeters@law.ga.gov